UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jane Doe,

       Plaintiff,                      Case No. 2:22-cv-3150

v.                                     Judge Michael H. Watson

Cardington-Lincoln Board of       Magistrate Judge Deavers
Education, *et al.*,

       Defendants.

## ORDER

On December 6, 2022, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court dismiss the Complaint without prejudice for failure to timely effect service of process. R&R, ECF No. 63. The R&R notified Plaintiff of her right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R. *Id.* at 1–2.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED,** and the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process.

The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED.

                                                                 _____
                                                                 MICHAEL H. WATSON, JUDGE
                                                                 UNITED STATES DISTRICT COURT